No. 83–5379.   RONSON v. WALTERS, COMMISSIONER OF CORRECTIONS OF NEW YORK, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 83–5392.   SERVIDIO v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 83–5395.   HARREN v. GARRISON, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 83–5401.   MARSHALL v. OKLAHOMA.   Ct. Crim. App. Okla.   Certiorari denied.

No. 83–5409.   GROCE v. WASHINGTON STATE DEPARTMENT OF CORRECTIONS ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 83–5418.   JOHNSON v. FOLTZ, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 83–5422.   EDWARDS v. DENTON ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 83–5433.   JAMESON v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 83–5479.   LAU TUNG LAM v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 83–5482.   JOHNSON, AKA LATIF v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 83–5492.   GALLOP v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 83–5496.   SIMPSON v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 83–5506.   CLARK v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.